IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>BRYANT OMONTTEZ WILLIAMS, and<br>NICOLE RENEE KEMP,<br><br>　　　　　　Defendants. | 4:17CR3132<br><br>ORDER |

Defendants have moved to continue the pretrial motion deadline, (Filing Nos. 32 & 33), because Defendants and their counsel need additional time to fully review the discovery received before deciding if pretrial motions should be filed. The motions to continue are unopposed. Based on the showing set forth in the motions, the court finds the motions should be granted. Accordingly,

IT IS ORDERED:

1) Defendants' motions to continue, (Filing Nos. 32 & 33), are granted.

2) Pretrial motions and briefs shall be filed on or before May 25, 2018.

3) Trial of this case is set to commence before the Honorable Richard G. Kopf, Senior United States District Judge, in Courtroom 1, United States Courthouse, Lincoln, Nebraska, at 9:00 a.m. on June 25, 2018, or as soon thereafter as the case may be called, for a duration of four (4) trial days. Jury selection will be held at commencement of trial.

4) The ends of justice served by granting the motions to continue outweigh the interests of the public and the defendants in a speedy trial, and the additional time arising as a result of the granting of the motions, the time between today's date and June 25, 2018 shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act, because although counsel have been duly diligent, additional time is needed to adequately prepare this case for trial and failing to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(1), (h)(6) & (h)(7). Failing to timely object to this order as provided under this court's local rules will be deemed a waiver of any right to later claim the time should not have been excluded under the Speedy Trial Act.

April 23, 2018.

BY THE COURT:
*s/ Cheryl R. Zwart*
United States Magistrate Judge