IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BRYANT OMONTTEZ WILLIAMS,<br><br>Defendant. | 4:17CR3132<br><br>**ORDER** |

IT IS ORDERED that:

(1) The defendant's unopposed motion to continue deadline for filing supplemental brief and evidence (Filing 130) is granted.

(2) The defendant through his counsel is given until February 18, 2021, to submit a supplemental brief and evidence.

(3) Fourteen calendar days after the submission of the defendant's supplemental brief and evidence, the government shall submit a responsive brief.

(4) The defendant through his counsel may submit a reply brief within ten calendar days after the government's responsive brief.

Dated this 4th day of February, 2021.

BY THE COURT:

*Richard G. Kopf*
Richard G. Kopf
Senior United States District Judge